194 So. 859

### Earl LAWLEY v. STATE.

7 Div. 538.

Court of Appeals of Alabama.

March 19, 1940.

E. L. Roberts, of Gadsden, for appellant.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

The purported appeal in this case is similar in all respects to the likewise purported appeal of same appellant, Earl Lawley, from the same nisi prius court. Ante, p. 240, 194 So. 859.

The discussion and conclusion determined and announced in said case, supra, is conclusive of this purported appeal, and upon authority of Earl Lawley v. State, ante, p. 240, 194 So. 859, this purported appeal is dismissed.

Appeal dismissed.